# The Alabama Court of Civil Appeals



NATHAN P. WILSON
CLERK

300 DEXTER AVENUE
MONTGOMERY, ALABAMA 36104-3741
TELEPHONE 334-229-0733

LYNN DEVAUGHN
ASSISTANT CLERK

September 27, 2024

CL-2023-0615

W.C.M. v. M.P. (Appeal from Baldwin Juvenile Court:  JU-19-510.02).

## **ORDER**

You are hereby notified that the following action was taken in the above cause by the Court of Civil Appeals:

Application for Rehearing Overruled. No opinion written on rehearing.

Moore, P.J., and Edwards and Lewis, JJ., concur.

Hanson and Fridy, JJ., dissent, without opinions.

Nathan P. Wilson, Clerk